Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West 5th Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 3:11-cr-00062-HRH-DMS |
| Plaintiff, | |
| vs. | **MOTION FOR ORDER ON SHORTENED TIME TO AUTHORIZE DEFENDANTS' APPLICATION FOR COURT APPOINTED COUNSEL TO BE FILED *EX PARTE* AND UNDER SEAL** |
| GARY JOKELA and MARLADEEN JOKELA, | |
| Defendant. | |

The Federal Defender for the District of Alaska asks for an order to submit defendants' application for counsel *ex parte* and under seal. The court orally authorized such a filing in the presence of government counsel at the September 12, 2011 status of counsel hearing.

This motion is submitted pursuant to the Fifth Amendment, D.Ak.L.Crim.R. 47.1 and is based upon the declaration of Kevin F. McCoy filed herewith.

DATED at Anchorage, Alaska this 14th day of September, 2011.

>Respectfully submitted,
>
>/s/Kevin F. McCoy
>Assistant Federal Defender
>601 West 5th Avenue, Suite 800
>Anchorage, AK 99501
>Phone: 907-646-3400
>Fax: 907-646-3480
>E-Mail: kevin_mccoy@fd.org

Certification:

I certify that on September 14, 2011, a copy of *MOTION FOR ORDER ON SHORTENED TIME TO AUTHORIZE DEFENDANTS' APPLICATION FOR COURT APPOINTED COUNSEL TO BE FILED EX PARTE AND UNDER SEAL* was served electronically on:

Thomas C. Bradley
Assistant United States Attorney
U.S. Attorney's Office
222 West 7th Avenue #9, Room 253
Anchorage, AK 99513-7567
Thomas.Bradley@usdoj.gov

Stephanie M. Carowan
U.S. Department of Justice
Tax Division
601 D Street, N.W.
Washington, D.C. 20004
Stephanie.M.Carowan@usdoj.gov

/s/ Kevin F. McCoy