Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West 5th Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GARY JOKELA and MARLADEEN JOKELA,<br><br>Defendant. | NO. 3:11-cr-00062-HRH-DMS<br><br>**DECLARATION OF COUNSEL**<br><br>**(Filed Pursuant to 28 U.S.C. §1746)** |

I, Kevin F. McCoy, declare under penalty of perjury that the following is true:

1. I am an attorney with the Federal Defender for the District of Alaska.

2. I appeared as a friend of the court at the September 12, 2011 status of counsel hearing in the above-styled matter.

3. At that hearing, Mr. and Mrs. Jokela both requested appointed counsel.

4. At my request, and in the presence of government counsel, the court authorized the filing of their applications for appointed counsel *ex parte* and under seal.

*United States v. Gary Jokela and Marladeen Jokela*
Case No. NO. 3:11-cr-00062-HRH-DMS                                                                                           Page 1

Case 3:11-cr-00062-HRH-DMS   Document 27   Filed 09/14/11   Page 1 of 2

5. The purpose of this motion is to seek a written order authorizing the *ex parte* under seal filing for the benefit of the Clerk of Court.

DATED at Anchorage, Alaska this 14th day of September, 2011.

Respectfully submitted,

/s/ Kevin F. McCoy
Assistant Federal Defender
601 West 5th Avenue, Suite 800
Anchorage, AK 99501
Phone: 907-646-3400
Fax: 907-646-3480
E-Mail: kevin_mccoy@fd.org

Declarations have the same legal force as affidavits. 28 U.S.C. § 1746.

Certification:

I certify that on September 14, 2011, a copy of DECLARATION OF COUNSEL (in support of Motion for Order on Shortened Time to Authorize Defendants' Application for Court Appointed Counsel to Be Filed ex Parte and under Seal) was served electronically on:

Thomas C. Bradley
Assistant United States Attorney
U.S. Attorney's Office
222 West 7th Avenue #9, Room 253
Anchorage, AK 99513-7567
Thomas.Bradley@usdoj.gov

Stephanie M. Carowan
U.S. Department of Justice
Tax Division
601 D Street, N.W.
Washington, D.C. 20004
Stephanie.M.Carowan@usdoj.gov

/s/ Kevin F. McCoy