Gary & Marladeen Jokela
POBox 3273
Valdez Alaska 99686

Defendants



RECEIVED
MAR 0 9 2012
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | NO.3:11-cr-00062-01-HRH |
|---|---|---|
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF FIRING AND |
| | ) | REQUESTING DISMISAL OF |
| | ) | COURT APPOINTED COUNSEL |
| Vs. | ) | |
| | ) | |
| GARY JOKELA, | ) | |
| MARLADEEN JOKELA | ) | |
| | ) | |
| Defendants, | ) | |

These documents certify that the defendants respectfully Notice the court.

Gary Jokela
P O Box 3273
Valdez Alaska 99686


Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501


Kevin F. McCoy, YOU ARE FIRED.


This is a notice of regret and great relief. I Gary Jokela regret that it took so long to understand that you are not helping me and I am now relieved that I can stand up for my rights.

As you know there has always been an underlying lack of trust from the first day I met you in court when you took the prosecutors word that I could not have my firearms to hunt and provide for my family. Your speaking to Thomas C. Bradley, Assistant U.S. Attorney in the hallway at our Arraignment on September 6, 2011 and accepting his word for it should have been the end of our relationship right then and there. I have been unable to digest and understand the indictment because you have not been of any assistance in that area. The emotional toll and trauma of not knowing where I stand either with the case or my right has left me devastated.

I have consistently struggled with your lack of ability to explain anything pertaining to the case NO.3:11-cr-00062-01-HRH. Your inability to give precise information or specific consequences in the plea agreement has caused me great distress and confusion. Promises made such as no incarceration, then it was home confinement, then it was probation and you told me that Assistant U.S. Attorney Thomas C. Bradley promised that the government would not come and seize any of my property. You failed to get the government to apply any promises to the plea agreement. This leads me to believe that at the eleventh hour you have only tried to get me to sign the plea agreement under enormous threat and duress.

Your attitude has been very disturbing to me. You have said things like it doesn't matter to you, you get paid any way. When I ask you to read my defense evidence documents you said I don't have to. This leads me to believe that you never intended to defend me. You stated several times that you believe the government's documents were correct. This leaves me with the distinct impression that you're on the government's side, not mine.


U.S. v. Jokela

3:11-cr-00062-HRH-DMS                                    2

This is especially true when you did not comply with the judge's order to obtain an accountant. As a direct result of your failure to comply, I still do not know how I am supposed to plea bargain or prepare for trial. To add to my concerns you have never shown or explained to me the discovery provided by the government. Consequently you want me to plea bargain and or go to trial without having any evidence to disprove or confirm the government.

The bottom line is your alleged assistance has left me completely ignorant as to why I am supposed to plea bargain and or go to trial.

I just wanted to understand factually about the plea agreement and or my defense strategies. Marladeen found this on the internet today. It explains more to us than any of the words that have come out of your mouth the last months that we have talked.
http://www.ussc.gov/booker_report/Booker_Report.pdf.)


Respectfully,

*Gary Jokela*

Gary Jokela

Defendant


U.S. v. Jokela                                              CERTIFIED MAIL

3:11-cr-00062-HRH-DMS                    3              7006 0810 0000 0143 6275

Marladeen Jokela
POBox 3273
Valdez Alaska 99686

Ronald A. Offret, Esq.
733 W. 4th Avenue #206
Anchorage Alaska 99501

Dear Ron Offret,

I Marladeen Jokela with respect and regret am asking you to remove your assistant of counsel from Case No. 3:11-cr-00062-HRH immediately.

I chose to seek counsel that can and will represent me more effectively and vigorously. This decision is based on your inability to provide precise information and or specific consequences in the plea agreement and defense strategies.

1. There is the fact that you and Mr. McCoy did not move forward last November on hiring an accountant to determine base offense levels and restitution figures. This leads me to believe that you assume the government is correct without professional or expert advice.

2. I am deeply upset that you did not follow through with state agency and laws to find out if this felony count is a bearable offence to whether or not I will be able to stay employed as a Personal Care Assistant.

3. Due to your illness you have not been consistent in explaining the consequences pertaining to incarceration, probation and or jail time in plea agreement. Promises made and yet nothing in the plea agreement to indicate the government will hold true to said promises.

4. On the morning of February 24, 2012 I asked specifically for you to request more time to prepare for trial due to your current illness. I asked if I could express my concerns to the judge you stated not today.

5. Finally to the best of my knowledge you have not reviewed the government's discovery or my discovery in depth enough to be prepared to assist in an acceptable plea agreement or for trial.

U.S. v. Jokela
3:11-cr-00062-HRH-DMS              4

6. I just wanted to understand factually about the plea agreement and or my defense strategies. I found this on the internet today.
   http://www.ussc.gov/booker_report/Booker_Report.pdf.)

Thank you for your service,

*Marladeen Jokela*
Marladeen Jokela

RESPECTFULLY submitted this 8th day of March 2012, at Anchorage Alaska.

                        Gary Jokela, Marladeen Jokela
                        P.O. Box 3273 Valdez Alaska 99686
                        Defendants

CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2012,
A copy of the foregoing Notice of Firing
and Dismissing Court Appointed Counsel
was served CERTIFIED MAIL on:

Kevin F. McCoy
7006 0810 0000 0143 6275

Ronald A. Offret
7006 0810 0000 0143 6282

Thomas C. Bradley
Assistant U.S. Attorney
7006 01810 0000 0143 6299

Stephanie M. Carowan
Trial Attorney
7006 0810 0000 0145 3548

*Gary Jokela*
*Marladeen Jokela*

U.S. v. Jokela
3:11-cr-00062-HRH-DMS                6