Gary & Marladeen Jokela
P O Box 3273
Valdez Alaska 99686

Defendants



RECEIVED

MAR 27 2012

CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.3:11-cr-00062-01-HRH |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE TO THE COURT |
| | ) | |
| | ) | |
| Vs. | ) | |
| | ) | |
| GARY JOKELA, | ) | |
| MARLADEEN JOKELA | ) | |
| | ) | |
| Defendants, | ) | |

The defendants respectfully Notice the court that Gary and Marladeen have interviewed Mr. Chuck McFarland of New Castle Kentucky in consideration of retaining his counsel for either Gary or Marladeen.

Your Honorable Judge H. Russel Holland, will the court consider appointing Mr. Chuck McFarland to Gary or Marladeen's counsel or Gary and Marladeen's counsel in this case?

Your Honor it is our prayer that Mr. McFarland represent both of us. Reasons are financial challenges and the challenges of retaining a competent court appointed counsel.

Your Honor Gary and I have been married 30 years on August 14 2012 and have known each other since we were 13 years old. We have achieved many accomplishments and overcome many challenges in our life experiences but this has yet to become the most mortifying.

Respectfully

Gary Jokela
Defendant

Marladeen Jokela
Defendnt

RESPECTFULLY submitted this 23rd day of March 2012, at Anchorage Alaska.


Gary Jokela, Marladeen Jokela
P.O. Box 3273 Valdez Alaska 99686
Defendants


U.S. v. Jokela
3:11-cr-00062-HRH-DMS                       3                CERTIFIED MAIL
                                                            7006 0810 0000 014503579

G + M Jokela
PO Box 3273
Valdez AK
99686

**CERTIFIED MAIL**™

7006 0810 0000 0145 3579


UNITED STATES
POSTAL SERVICE



1000      99513

U.S. POSTAGE
PAID
VALDEZ,AK
99686
MAR 23, '12
AMOUNT

$3.40
00060807-03

Clerk of Court
Federal Building U.S. Courthouse
222 W. 7th Ave, # 4
Anchorage Alaska
99513 - 7564

99513$7504