IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA, )
)
                Plaintiff, )
)
v. )
)
MARLADEEN JOKELA, )
)
                Defendant. )
_____)

Case No. 3:11-CR-00062 HRH/DMS

**ENTRY OF APPEARANCE**

    COMES NOW LANCE C. WELLS, ESQ. of the LAW OFFICES OF LANCE C. WELLS, P.C. and herby files this entry of appearance in the above matter on behalf of the defendant named above. Please direct all documents, pleadings and telephone calls to the below number or address. I am appointed under the Criminal Justice Act.

    Dated: 3/29/12 Law Offices of Lance C. Wells, P.C.

               By: _____/s_____
                    Lance C. Wells 9206045
                    Tel 907/274/9696
                    Fax 907/277/9859
                    Email lwells@gci.net
                    733 W. 4th Avenue, Suite 308
                    Anchorage, AK. 99501

## Certificate of Service

On 03/29/2012 a copy of this document was served via electronic means to the below parties:

US Attorney's Office
Anch., AK.

By: __/s_____
    Lance C. Wells