IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
UNITED STATES OF AMERICA,        )
                                 )
                    Plaintiff,   )
                                 )
    vs.                          )
                                 )
GARY JOKELA and MARLADEEN JOKELA,)
                                 )    No. 3:11-cr-0062-HRH
                    Defendants.  )
_____)
```

O R D E R

Case Status

A hearing on the matter of counsel for the defendants was convened March 29, 2012.

In an ex parte hearing, the court ascertained that defendant Gary Jokela will be retaining Chuck McFarland as counsel in this case. Arrangements for the retention of Mr. McFarland are to proceed forthwith, and the court expects to receive attorney McFarland's motion for appointment pro hac vice and appearance on behalf of defendant Gary Jokela on or before April 9, 2012.

The case manager will please make arrangements for the designation of CJA Panel counsel to represent defendant Marladeen Jokela.

The case manager will also please alert prior counsel for both defendants of the need for them to assemble their respective files, including all discovery materials, such that they will be available

- 1 -

on short notice to substitute counsel for Gary Jokela and Marladeen Jokela. Prior counsel will also please be prepared to inform substitute counsel whether or not prior arrangements had been made for the assistance of an accountant and, if so, the identity of the accountant.

As soon as substitute counsel has appeared for both defendants, the court will convene a scheduling conference for purposes of evaluating the preparation time which substitute counsel will require and their availability for the rescheduling of trial in this case.

The court finds that it will continue to be in the best interests of the defendants and the public for the defendants to be afforded additional time within which to secure counsel and for necessary, effective preparation, taking account of due diligence. 18 U.S.C. § 3161(h)(7).

In addition to conventional and electronic distribution through CM/ECF, the clerk will please direct a copy of this order to:

>Charles E. McFarland, Esq.
>338 Jackson Road
>New Castle, KY 40050-6733

DATED at Anchorage, Alaska, this <u>30th</u> day of March, 2012.

>s/ H. Russel Holland
>United States District Judge