Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MARLADEEN JOKELA, | ) |
| | ) |
| Defendant. | ) |

Case No. 3:11-CR-00062-HRH-DMS-2

**RESPONSE TO MOTION FOR BAIL REVIEW HEARING FILED ON SHORTENED TIME**

COMES NOW DEFENDANT MARLADEEN JOKELA by and through her attorney of record LANCE C. WELLS of the LAW OFFICES OF LANCE C. WELLS, P.C. and hereby files this response to the plaintiff's motion for bail review hearing filed on shortened time as follows so as to determine whether the defendant named above has violated her conditions of supervise release.

Counsel for defendant makes the following offer of proof:

1

1. Ms. Jokela is willing to submit immediately to a UA for the testing of controlled substances to include marijuana. She is not a marijuana user.
2. Ms. Jokela was not awake at the time of Ms. McCormick's inspection of the marital residence, nor was she ever awakened during this inspection.
3. Ms. Jokela received a telephonic message from the office of the USPO on 8/22/12, but, she did not personally receive the message until after the inspection on 8/23/12.
4. Ms. Jokela denies there was an active marijuana grow within the residence.
5. No marijuana grow was seized from the residence.
6. She desires to remain on conditions of release by this court as she has been abiding by her conditions of release and following this court's orders and directives.
7. A hearing is respectfully requested, but set far enough in to the future so as to allow her to drive in from Valdez, AK. along with her husband, co-defendant in this matter.

   DATED at Anchorage, Alaska, this 28th day of August 2012.

LAW OFFICES OF LANCE C. WELLS, P.C.

s/Lance C. Wells
Attorney for Ms. Jokela
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

**CERTIFICATE OF SERVICE**

I hereby certify that a
copy of the foregoing
document was served
electronically on 8/28/12 upon:

Thomas Bradley, AUSA
Asst. U.S. Attorney
&
Charles McFarland, Esq.
Address of record

s/Lance C. Wells